Exhibit 1

Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 543,994

**United States Patent and Trademark Office**

Registered June 19, 1951

10 Year Renewal

Renewal Term Begins June 19, 1991

## TRADEMARK
## PRINCIPAL REGISTER

### CHRISTIAN DIOR

CHRISTIAN DIOR, S.A. (FRANCE CORPORATION)
30 AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF NAME, ASSIGNMENT AND CHANGE OF NAME FROM COMPTOIR DE L'INDUSTRIE COTONNIERE, SOCIETE A RESPONSABILITE LIMITEE (FRANCE CORPORATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO. 369998, DATED 8-14-1946.
OWNER OF U.S. REG. NO. 519,367.

FOR: HANDBAGS AND POCKETBOOKS [; AND BELTS MADE FROM LEATHER FOR GENERAL USE IN CONNECTION WITH LUGGAGE], IN CLASS 3 (INT. CL. 18).

SER. NO. 71–577,562, FILED 4–23–1949.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 24, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered June 19, 1951       Registration No. 543,994

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

Comptoir de l'Industrie Cotonniere, Société à
Responsabilité Limitée, Paris, France

Act of 1946

Original filed, act of 1946, Supplemental Regis-
ter, April 23, 1949; amended to application,
Principal Register, December 30, 1950, Serial
No. 577,562

# CHRISTIAN DIOR

## STATEMENT

Comptoir de l'Industrie Cotonniere, Société
à Responsabilité Limitée, a corporation duly or-
ganized under the laws of the French Republic,
located at Paris, France, and doing business at
21 Rue Poissonnière, Paris, France, has adopted
and is using the trade-mark shown in the ac-
companying drawing, for HANDBAGS AND
POCKETBOOKS; AND BELTS MADE FROM
LEATHER FOR GENERAL USE IN CONNEC-
TION WITH LUGGAGE, in Class 3, Baggage,
animal equipments, portfolios, and pocketbooks,
and presents herewith five specimens (or fac-
similes), showing the trade-mark as actually used
in connection with such goods, the trade-mark
being applied to the goods (the containers for the
goods, displays associated with the goods, and/or
tags or labels affixed to the goods) and requests
that the same be registered in the United States
Patent Office on the Principal Register in accord-
ance with the act of July 5, 1946.

Said trade-mark has been registered in France
under Reg. No. 369,998 dated August 14, 1946,
and said registration is now in force and effect.
Applicant's trade-mark consists of the name
Christian Dior, whose consent to register his
name as a trade-mark is of record in this case.
Applicant is the owner of U. S. Trade-Mark Reg.
No. 519,367 dated December 27, 1949, of the name
Christian Dior.

Leon M. Strauss, whose postal address is 535
Fifth Avenue, New York 17, State of New York,
is designated as applicant's representative on
whom notices or processes in proceeedings affect-
ing the mark may be served.

COMPTOIR DE L'INDUSTRIE
COTONNIERE, SOCIÉTÉ À RE-
SPONSABILITÉ LIMITÉE,
By JEAN ROY,
*Mandatory of the Manager,*

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 580,207
Registered Sep. 22, 1953
Renewal Term Begins Sep. 22, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## CHRISTIAN DIOR

CHRISTIAN DIOR, S.A. (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF NAME, ASSIGNMENT AND CHANGE OF NAME FROM COMPTOIR DE L''INDUSTRIE COTONNIERE, SOCIETE A RESPONSABILITE LIMITEE (FRANCE CORPORATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO. 369998, DATED 8–14–1946.
OWNER OF U.S. REG. NO. 519,367.
THE NAME "CHRISTIAN DIOR", IS THE NAME OF A LIVING PERSON WHOSE CONSENT TO REGISTER HIS NAME AS A TRADE-MARK IS OF RECORD IN THIS CASE.

FOR: JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES—NAMELY, TRINKETS, NECKLACES, BRACELETS, FINGER RINGS, EARRINGS, BROOCHES, AND ORNAMENTAL CLIPS MADE IN WHOLE OF, IN PART OF, OR PLATED WITH PRECIOUS METALS, IN CLASS 28 (INT. CL. 14).

FIRST USE 2–9–1951; IN COMMERCE 2–9–1951.

SER. NO. 71–619,485, FILED 9–11–1951.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 31, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Sept. 22, 1953

**Registration No. 580,207**

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED STATES PATENT OFFICE

**Comptoir de l'Industrie Cotonniere, Société à
Responsabilité Limitée, Paris, France**

Act of 1946

Application September 11, 1951, Serial No. 619,485

# CHRISTIAN DIOR

### STATEMENT

Comptoir de l'Industrie Cotonniere, Société à Responsabilité Limitée, a corporation duly organized under the laws of the French Republic, located at Paris, Department of Seine, France, and doing business at 21, Rue Poissonnière, Paris, Department of Seine, France, has adopted and is exercising legitimately control over the use of the trade-mark shown in the accompanying drawing, for JEWELRY FOR PERSONAL WEAR, NOT I N C L U D I N G WATCHES—NAMELY, TRINKETS, NECKLACES, BRACELETS, FINGER RINGS, EARRINGS, BROOCHES, AND ORNAMENTAL CLIPS MADE IN WHOLE OF, IN PART OF, OR PLATED WITH PRECIOUS METALS, in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens (or facsimiles), showing the trade-mark as actually used in connection with such goods by Christian Dior New York, Inc., of New York, N. Y., a related company, authorized by applicant to use such trade-mark, the trade-mark being applied to the goods, the containers for the goods, displays associated with the goods, and/or tags or labels affixed to the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 5 of the act of July 5, 1946. The trade-mark is used upon the goods to indicate that the goods originate from a source authorized by or through the applicant and that applicant by agreements with the above related company controls and supervises the creation, nature and quality of the above goods.

The trade-mark was first used in commerce among the several States which may lawfully be regulated by Congress, on February 9, 1951 by the related company, such use inuring to the benefit of the applicant.

Said trade-mark has been registered in France under Reg. No. 369,998, dated August 14, 1946, and said registration is now in force and effect. The trade-mark consists of the name "Christian Dior", which is the name of a living person whose consent to register his name as a trade-mark is of record in this case.

Applicant is the owner of U. S. Trade-Mark Reg. No. 519,367, dated December 27, 1949.

Leon M. Strauss, whose postal address is 535 Fifth Ave., New York 17, N. Y., is designated as applicant's representative on whom notices or process in proceedings affecting the mark may be served.

COMPTOIR DE L'INDUSTRIE COTONNIERE, SOCIÉTÉ À RESPONSABILITÉ LIMITÉE,
By JEAN ROY,
*Mandatory of the Manager.*

COMB. AFF. SEC. 8 & 1F

SEP 1 8 1959

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 954,404
Registered Mar. 6, 1973
Renewal Term Begins Mar. 6, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## CHRISTIAN DIOR

CHRISTIAN DIOR, S.A. (FRANCE COR-
PORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF
NAME FROM CHRISTIAN DIOR, SO-
CIETE A RESPONSABILITELIMITEE
(FRANCE LIMITED LIABILITY COM-
PANY), PARIS, FRANCE

OWNER OF U.S. REG. NOS. 541,088,
580,207 AND 667,355.

"CHRISTIAN DIOR" IS THE NAME
OF AN ACTUAL INDIVIDUAL, NOW
DECEASED.

FOR: EYEGLASS FRAMES, SUN-
GLASSES AND EYEGLASS CASES, IN
CLASS 26 (INT. CL. 9).

FIRST USE 11-0-1965; IN COMMERCE
11-0-1965.

SER. NO. 72–364,308, FILED 7–6–1970.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 31, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

954,404
Registered Mar. 6, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 364,308, filed July 6, 1970

## CHRISTIAN DIOR

Christian Dior, Societe a Responsabilite Limitee (French limited liability company)
30 Ave. Montaigne
Paris, France

For: EYEGLASS FRAMES, SUNGLASSES AND EYEGLASS CASES, in CLASS 26 (INT. CL. 9).

First use November 1965; in commerce November 1965.

"Christian Dior" is the name of an actual individual, now deceased.

Owner of U.S. Reg. Nos. 541,088, 580,207, and 667,355.

Int. Cl.: 9, 14, 18, 25

Prior U.S. Cl.: 3, 26, 28, 39

## United States Patent and Trademark Office

Reg. No. 1,123,944
Registered Aug. 14, 1979

# TRADEMARK
### Principal Register

CD

Christian Dior, S.A.R.L. (French corporation)
30 Avenue Montaigne
75008 Paris, France

For: OPTICAL APPARATUS—NAMELY, EYE-GLASS FRAMES—in CLASS 9 (U.S. CL. 26).
First use July 1968; in commerce July 1968.

For: JEWELRY AND HOROLOGICAL INSTRUMENTS—NAMELY, WOMEN'S COSTUME JEWELRY, BRACELETS, AND WATCHES FOR MEN AND WOMEN—in CLASS 14 (U.S. CL. 28).
First use 1969; in commerce 1969.

For: ARTICLES MADE FROM LEATHER AND IMITATIONS THEREOF AND TRAVELING BAGS—NAMELY, LUGGAGE FOR MEN AND WOMEN—in CLASS 18 (U.S. CL. 3).
First use October 1972; in commerce October 1972.

For: WOMEN'S BLOUSES, SKIRTS, DRESSES, JACKETS, SUITS, COATS; MEN'S SUITS, BELTS, AND SPORT JACKETS, in CLASS 25 (U.S. CL. 39).
First use 1948; in commerce 1948.

Ser. No. 46,727, filed Mar. 17, 1975.

B. CHAPMAN, Examiner

Int. Cls.: **18, 24 and 25**

Prior U.S. Cls.: **1, 2, 3, 19, 22, 37, 39, 41, 42 and 50**

Reg. No. 1,776,536

# United States Patent and Trademark Office

Registered June 15, 1993

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR, S.A. (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: ATHLETIC BAGS; ATTACHE CASES; BABY CARRIERS WORN ON THE BODY; BACKPACKS; BEACH BAGS; BEACH UMBRELLAS; BILLFOLDS; BOOK BAGS; BRIEFCASE TYPE PORTFOLIOS; BRIEFCASES; BUSINESS CARD CASES; CALLING CARD CASES; CANE HANDLES; CANES; CARRY-ON BAGS; NON-MOTORIZED COLLAPSABLE LUGGAGE CARTS; CHANGE PURSES; CLUTCH BAGS; CLUTCH PURSES; COIN PURSES; COSMETIC CASES SOLD EMPTY; CREDIT CARD CASES; DIAPER BAGS; DOCUMENT CASES; DRAWSTRING POUCHES; DUFFEL BAGS; FANNY PACKS; FELT POUCHES; FRAMES FOR UMBRELLAS; FUR PELTS; FURS SOLD IN BULK; GARMENT BAGS FOR TRAVEL; GOLF UMBRELLAS; GYM BAGS; HANDBAGS; HARNESS STRAPS; HAT BOXES FOR TRAVEL; KEY CASES; KNAPSACKS; LEATHER SOLD IN BULK; LUGGAGE; OVERNIGHT BAGS; OVERNIGHT CASES; PARASOLS; PASSPORT CASES, HOLDERS OR WALLETS; PATIO UMBRELLAS; PELTS; POCKETBOOKS; PURSES; SADDLERY; SATCHELS; SCHOOL BAGS; SHOEBAGS FOR TRAVEL; LEATHER SHOPPING BAGS; MESH SHOPPING BAGS; TEXTILE SHOPPING BAGS; SHOULDER BAGS; ANIMAL SKINS; ALL-PURPOSE SPORTS BAGS; SPORTSMAN'S HUNTING BAGS; STRAPS FOR HANDBAGS; STRAPS FOR LUGGAGE; SUITCASES; THONGS; TOILETRY CASES SOLD EMPTY; TOOL BAGS SOLD EMPTY; TOTE BAGS; TRAVEL BAGS; TRAV-

2         1,776,536

ELING BAGS; ~~TRUNKS FOR TRAVELING;~~ ~~UMBRELLA COVERS; UMBRELLA HANDLES;~~ ~~UMBRELLA RINGS;~~ UMBRELLAS; ~~VALISES;~~ ~~VANITY CASES SOLD EMPTY;~~ ~~WAIST PACKS;~~ ~~WALKING CANES FOR NON-MEDICAL PUR-~~ ~~POSES; WALKING STICK HANDLES; WALK-~~ ~~ING STICKS;~~ AND, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 19, 22, 37 AND 41).

FOR: AFGHANS; BARBECUE MITTS; BATH LINEN; FABRIC BATH MATS; BED CANOPIES, BED LINEN; BED PADS; BED SHEETS; BED SPREADS; BLANKETS; BOLTING CLOTH; BROCADE; BUCKRUM; CALICO; CHEESE CLOTH; CHENILLE FABRIC; CHEVIOT FABRIC; CLOTH BANNERS; CLOTH DOILIES; CLOTH FLAGS; CLOTH LABELS; CLOTH NAPKINS FOR REMOVING MAKEUP; COM-FORTERS; COTTON FABRIC; CREPE CLOTH; CRIB BUMPERS; CRIB CANOPIES; CURTAIN FABRIC; CURTAINS; DAMASK; DISH CLOTHS; DRAPERIES; DUST RUFFLES; DUVET COVERS; DUVETS; FABRIC FOR BOOTS AND SHOES; UNFITTED FABRIC FUR-NITURE COVERS; FABRIC IMPERVIOUS TO GASES FOR AERONAUTICAL BALLOONS; FABRIC OF IMITATION ANIMAL SKIN; FABRIC TABLE RUNNERS; FELT CLOTH; FI-BERGLASS FABRIC FOR TEXTILE USE; FLANNEL; FLAX CLOTH; FRIEZE; GAUZE FABRIC; GLASS CLOTH; HANDKERCHIEFS; HEMP CLOTH; JERSEY MATERIAL; JUTE CLOTH; KITCHEN TOWELS; LINEN; HOUSE-HOLD LINEN; LINEN LINING FABRIC FOR SHOES; MATTRESS COVERS; MATTRESS PADS; MOLE SKIN; MOSQUITO NETS; NET CURTAINS; NYLON FABRIC; OIL CLOTHS; OVEN MITTS; PENNANTS NOT OF PAPER; PILLOW CASES; PILLOW SHAMS; POLYES-TER FABRIC; POT HOLDERS; PRINTED TEX-TILE LABELS; QUILTS; RAGS FOR PAPER MAKING; RAMIE FABRIC; RAYON FABRIC; SACKCLOTH; SAIL CLOTH; SARIS; SHAMS; SHROUDS; SILK CLOTH; SILK FABRIC FOR PRINTING PATTERNS; TABLE CLOTHS NOT OF PAPER; TABLE LINEN; TABLE LINEN, NAMELY, COASTERS; TABLE MATS NOT OF PAPER; TAFFETA; TAPESTRIES OF TEXTILE; TEA TOWELS; TEXTILE BATHMATS; TEX-TILE LININGS FOR GARMENTS; TEXTILE NAPKINS; TEXTILE NAPKINS FOR REMOV-ING MAKEUP; TEXTILE PLACEMATS; TEX-TILE USED AS LINING FOR CLOTHING; TEX-TILE WALL HANGINGS; TOWELS; TULLE; UPHOLSTERY FABRICS; VELVET; WASH-CLOTHS; WASHING MITTS; WINDOW CUR-TAINS; WOOLEN CLOTH; AND, WOOLEN FABRIC, IN CLASS 24 (U.S. CLS. 1, 39, 42 AND 50).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN; NAMELY, ANOR-AKS; APRONS; ~~ASCOTS;~~ BABUSHKAS; BAN-DANAS; BATHING SUITS; BATHROBES; ~~BELTS; BLAZERS;~~ BLOUSES; BLOUSONS; BO-DYSUITS; BOLEROS; ~~BOOTS;~~ BOXER SHORTS; ~~BRASSIERES; BRIEFS; BABY BUNTINGS;~~ CAF-TANS; ~~CAMISOLES;~~ CAPES; ~~CAPS; CARDI-~~ ~~GANS; CHEMISES;~~ CLOGS; CLOTH DIAPERS; FUR COATS; ~~SUIT COATS; TOP COATS;~~ CORSELETS; CULOTTES; ~~DRESSES;~~ ~~EAR-~~ ~~MUFFS;~~ GALOSHES; GARTER BELTS; GIR-DLES; GLOVES; ~~NIGHTGOWNS;~~ ~~HALTER~~ ~~TOPS; HATS;~~ HEADBANDS; HOSIERY; ~~JACK-~~ ~~ETS;~~ JEANS; JOGGING SUITS; JUMPERS; ~~JUMPSUITS;~~ KERCHIEFS; KIMONOS; LEG-GINGS; LEOTARDS; ~~LOUNGEWEAR;~~ MIT-TENS; ~~MOCCASINS; MUFFLERS;~~ ~~NECKER-~~ ~~CHIEFS; NECKTIES; NECKWEAR;~~ NEGLI-GEES; ~~NIGHTSHIRTS;~~ OVERALLS; ~~OVER-~~ ~~COATS;~~ OVERSHOES; ~~PAJAMAS;~~ PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PEDAL PUSHERS; PEIGNORS; PINAFORES; PLAYSUITS; POCKET SQUARES; PONCHOS; PULLOVERS; ~~RAINCOATS;~~ ~~SANDALS;~~ ~~SCARVES;~~ ~~SHAWLS;~~ ~~SHIRTS;~~ ~~SHORTS;~~ ~~NIGHTSHIRTS;~~ UNDERSHIRTS; ~~SHOES;~~ GYM SHORTS; SWEAT SHORTS; ~~SKIRTS; SKI SUITS;~~ ~~SLACKS; SNOWSUITS;~~ SOCKS; ~~SPORT COATS;~~ ~~SPORT SHIRTS;~~ ~~STOCKINGS;~~ ~~STOLES;~~ ~~SUITS;~~ SUSPENDERS; SWEAT PANTS; SWEAT SHIRTS; ~~SWEATERS;~~ ~~T-SHIRTS;~~ TROUSERS; TUXEDOS; ~~UNDERPANTS;~~ VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CL. 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 307091, FILED 9-9-1991, REG. NO. 1692445, DATED 9-9-1991, EXPIRES 9-9-2001.

THE TRADEMARK CONSISTS OF THE RE-PEATED COMBINATION OF TWO GRIDS; THE FIRST FORMED BY TWO PARALLEL LINES SEPARATED FROM EACH OTHER IN A RATIO OF ONE TO TWO WITH THEIR INTER-AXIS; AND, THE SECOND FORMED BY A SINGLE LINE INTERSECTING THE FIRST GRID AT 45 DEGREES FOLLOWING THE AXIS DETERMINED BY THE MIDDLE OF THE INTER-AXIS OF THE FIRST GRID IN ITS NON-SECANT PARTS.

SER. NO. 74-241,482, FILED 1-30-1992.

ANNE L. CORNELIUS, EXAMINING ATTOR-NEY

Int. Cls.: **9 and 14**

Prior U.S. Cls.: **2, 8, 13, 26, 27, 28, 34 and 50**

## United States Patent and Trademark Office

Reg. No. 1,872,313
Registered Jan. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR, S.A. (FRANCE CORPORA-
TION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: BINOCULARS; CONTACT LENS
CASES; CONTACT LENSES; EYEGLASS
CASES; EYEGLASS FRAMES; EYEGLASS
LENSES; EYEGLASSES; AND PARTS THERE-
OF; SPECTACLES; SUNGLASSES; AND, SUN-
GLASS LENSES, IN CLASS 9 (U.S. CL. 26).

FOR: ALARM CLOCKS; ANKLE BRACE-
LETS; BELT BUCKLES OF PRECIOUS METAL
FOR CLOTHING; BRACELETS OF PRECIOUS
METAL; BROOCHES; NON-ELECTRIC CANDE-
LABRAS MADE OF PRECIOUS METAL;
CANDLE HOLDERS OF PRECIOUS METAL;
CANDLESTICKS OF PRECIOUS METAL;
CHARMS; CHRONOGRAPHS; CHRONO-
METERS; CIGARETTE CASES MADE OF PRE-
CIOUS METAL; CIGARETTE HOLDERS OF
PRECIOUS METAL; CIGARETTE LIGHTERS
OF PRECIOUS METAL; CLOCKS; PARTS FOR
CLOCKS; COFFEE POTS OF PRECIOUS
METAL; NON-ELECTRIC COFFEE SERVERS
OF PRECIOUS METAL; COFFEE SERVICES OF
PRECIOUS METAL; COSTUME JEWELRY;
CRUETS OF PRECIOUS METAL; CUFF LINKS;
DECORATIVE BOXES MADE OF PRECIOUS
METAL; DIAMONDS; EAR CLIPS; EMER-
ALDS; HAT ORNAMENTS OF PRECIOUS
METAL; JEWELRY IDENTIFICATION BRACE-
LETS; JEWELRY; JEWELRY BOXES OF PRE-
CIOUS METAL; JEWELRY CASES OF PRE-
CIOUS METAL; JEWELRY LAPEL PINS; ME-
DALLIONS; PRECIOUS METAL MONEY
CLIPS; NAPKIN RINGS OF PRECIOUS METAL;
NUT CRACKERS OF PRECIOUS METAL; OR-
NAMENTAL PINS; PEARLS; PENDANTS;

2                                            1,872,313

RINGS; SCULPTURES MADE OF PRECIOUS METAL; SEMI PRECIOUS GEMSTONES; SHOE ORNAMENTS OF PRECIOUS METAL; TEA INFUSERS OF PRECIOUS METAL; TEA POTS OF PRECIOUS METAL; TEA SERVICES OF PRECIOUS METAL; TIE FASTENERS; SERVING TRAYS OF PRECIOUS METAL; PRECIOUS METAL TROPHIES; WALL CLOCKS; WATCH BANDS; WATCH CHAINS; WATCH FOBS; WATCHES; PARTS FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 8, 13, 27, 28, 34 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 93476584, FILED 7–16–1993, REG. NO. 93476584, DATED 7–16–1993, EXPIRES 7–16–2003.

OWNER OF U.S. REG. NO. 1,776,536.

THE TRADEMARK CONSISTS OF THE REPEATED COMBINATION OF TWO GRIDS; THE FIRST FORMED BY TWO PARALLEL LINES SEPARATED FROM EACH OTHER IN A RATIO OF ONE TO TWO WITH THEIR INTER-AXIS; AND, THE SECOND FORMED BY A SINGLE LINE INTERSECTING THE FIRST GRID AT 45 DEGREES FOLLOWING THE AXIS DETERMINED BY THE MIDDLE OF THE INTER-AXIS OF THE FIRST GRID IN ITS NON-SECANT PARTS.

SER. NO. 74–435,340, FILED 9–9–1993.

J. TINGLEY, EXAMINING ATTORNEY

Int. Cls.: 14 and 18

Prior U.S. Cls.: 2, 3, 27, 28, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 1,923,564

Registered Oct. 3, 1995

## TRADEMARK
### PRINCIPAL REGISTER

# Dior

CHRISTIAN DIOR, S.A. (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: BELT BUCKLES OF PRECIOUS METALS FOR CLOTHING; BROOCHES; CHARMS; COSTUME JEWELRY; CUFF LINKS; EAR CLIPS; JEWELRY; JEWELRY LAPEL PINS; MONEY CLIPS OF PRECIOUS METAL; ORNAMENTAL PINS; PENDANTS; TIE FASTENERS; WATCH BANDS; WATCH CHAINS; WATCH FOBS; WATCHES; SILVER TEA SERVICES; AND, SILVER COFFEE SERVICES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-0-1968; IN COMMERCE 10-0-1968.

FOR: BILLFOLDS; BUSINESS CARD CASES; CARRY-ON BAGS; CHANGE PURSES; CLUTCH BAGS; CLUTCH PURSES; COIN PURSES; COSMETIC CASES SOLD EMPTY; CREDIT CARD CASES; DIAPER BAGS; DOCUMENT CASES; DRAWSTRING POUCHES; DUFFEL BAGS; FELT POUCHES; GARMENT BAGS FOR TRAVEL; HANDBAGS; KEY CASES; LUGGAGE; OVERNIGHT BAGS; PASSPORT CASES, HOLDERS OR WALLETS; POCKET-BOOKS; PURSES; SATCHELS; LEATHER SHOPPING BAGS; SHOULDER BAGS; SUITCASES; TOILETRY CASES SOLD EMPTY; TOTE BAGS; TRAVEL BAGS; UMBRELLAS; VANITY CASES SOLD EMPTY; AND, WALLETS, IN CLASS 18 (U.S. CLS. 2, 3 AND 41).

FIRST USE 6-12-1970; IN COMMERCE 6-12-1970.

OWNER OF U.S. REG. NOS. 954,415, 954,418, AND 1,017,654.

SER. NO. 74-522,863, FILED 5-2-1994.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

Reg. No. 2,240,163

# United States Patent and Trademark Office

Registered Apr. 20, 1999

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: JEWELERY, PRECIOUS STONES, CHARMS, MEDALLIONS, CLOCKS, WATCHES AND CHRONOMETERS AND CASES THEREFOR, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: SATCHELS, CLUTCH BAGS, RUCKSACKS, TRUNKS FOR TRAVEL, LUGGAGE, CHANGE PURSES, POCKETBOOKS, DRAWSTRING POUCHES, HAT BOXES FOR TRAVEL, LEATHER AND LEATHER-IMITATION BAGS FOR SHOPPING, ATTACHE CASES, COSMETIC AND VANITY CASES SOLD EMPTY, DOCUMENT CASES, TRAVELING CASES, PURSES, WALLETS, BRIEFCASES, KEY CASES, BUSINESS CARD CASES, LEATHER STRAPS, UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN, NAMELY, ANORAKS; APRONS; ASCOTS; BABUSHKAS; BANDANAS; BATHING SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES; BLOUSONS; BODYSUITS; BOLEROS; BOOTS; BOXER SHORTS; BRASSIERES; BRIEFS; BABY BUNTINGS; CAFTANS; CAMISOLES; CAPES; CAPS; CARDIGANS; CHEMISES; CLOGS; CLOTH DIAPERS; FUR COATS; SUIT COATS; TOP COATS; CORSELETS; CULOTTES; DRESSES; EARMUFFS; GALOSHES; GARTER BELTS; GIRDLES; GLOVES; NIGHTGOWNS; HALTER TOPS; HATS; HEADBANDS; HOSIERY; JACKETS; JEANS; JOGGING SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMONOS; LEGGINGS; LEOTARDS; LOUNGEWEAR; MITTENS; MOCCASINS; MUFFLERS; NECKERCHIEFS; NECKTIES; NECKWEAR; NEGLIGEES; NIGHTSHIRTS; OVERALLS; OVERCOATS; OVERSHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PEDAL PUSHERS; PEIGNOIRS; PINAFORES; PLAYSUITS; POCKET SQUARES; PONCHOS; PULLOVERS; RAINCOATS; SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS;

2                                          2,240,163

NIGHTSHIRTS; UNDERSHIRTS; SHOES; GYM
SHORTS; SWEAT SHORTS; SKIRTS; SKI SUITS;
SLACKS; SNOWSUITS; SOCKS; SPORT COATS;
SPORT SHIRTS; STOCKINGS; STOLES; SUITS;
SUSPENDERS;    SWEAT    PANTS;    SWEAT
SHIRTS;  SWEATERS;  T-SHIRTS;  TROUSERS;
TUXEDOS;  UNDERPANTS;  VESTS;  VESTED
SUITS;  AND  WARM-UP  SUITS,  IN  CLASS  25
(U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 96 643 257, FILED
9–26–1996,    REG.    NO.    96/643257,    DATED
9–26–1996, EXPIRES 9–26–2006.

SER. NO. 75–258,476, FILED 3–17–1997.

JENNIFER FRASER, EXAMINING ATTORNEY

Int. Cls.: 9 and 38

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 104

United States Patent and Trademark Office

Reg. No. 3,561,323

Registered Jan. 13, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# Dior

CHRISTIAN DIOR COUTURE (FRANCE SOCI-
ETE ANONYME)
30, AVENUE MONTAIGNE
F-75008 PARIS
FRANCE

FOR: SCIENTIFIC APPARATUS OTHER THAN
FOR MEDICAL PURPOSES, NAMELY, SURVEY-
ING MACHINES AND INSTRUMENTS; CAMERAS,
CINEMATOGRAPHIC CAMERAS, SCALES, MEA-
SURING TAPES, SIGNALING BUOYS, DIRECTION-
AL COMPASSES; LIFE-SAVING AND PROTECTION
EQUIPMENT, NAMELY, LIFE BELTS, LIFE JACK-
ETS, LIFE NETS, LIFE PRESERVERS, LIFE SAVING
RAFTS, LIFE BUOYS; PROTECTIVE EYEWEAR;
NETWORK ROUTERS; TIMERS; ELECTRICAL
LIGHTS FOR USE IN CRAFT WORK; APPARATUS
AND INSTRUMENTS FOR CONDUCTING,
SWITCHING, TRANSFORMING, ACCUMULAT-
ING, REGULATING OR CONTROLLING ELECTRI-
CITY, NAMELY, ELECTRICAL SWITCHES,
TRANSFORMERS, ACCUMULATOR BOXES, CON-
TINUITY TESTERS; ANEMOMETERS; SET-TOP
BOXES; ELECTRONIC INFORMATION PROCES-
SING APPARATUS, NAMELY, DECODERS, ENCO-
DERS, PROCESSORS, CENTRAL PROCESSING
UNITS; ELECTRONIC MEASURING AND CHECK-
ING APPARATUS, NAMELY, VOLTAGE AND
AMPERAGE TESTERS, DISTANCE MEASURING
APPARATUS, AIR PRESSURE MEASURING APPA-
RATUS, TEMPERATURE INDICATORS, SPEED IN-
DICATORS, BEVEL GAUGES, MEASURING
APPARATUS, NAMELY, RAIN GAUGES, SOLID
STATE AND AUDIO AMPLIFIERS; APPARATUS
FOR RECORDING, TRANSMITTING, REPRODU-
CING, SOUND OR IMAGES, NAMELY, RADIOS,
TELEVISIONS, VIDEO CAMERAS, STILL CAM-
ERAS, COMPUTERS; PHOTOCOPYING MA-
CHINES; DIGITAL ENTERTAINMENT SYSTEMS
FOR WATCHING STORING AND SHARING DIGI-
TAL CONTENT ON A HOME COMPUTER NET-
WORK; CENTRAL PROCESSING UNITS FOR

PROCESSING SOUND AND IMAGE FILES; AUDIO-
VISUAL, TELECOMMUNICATION, AND TELEVI-
SION APPARATUS, NAMELY, RADIOS,
COMPUTERS, CD ROM PLAYERS AND RECOR-
DERS, MP3 PLAYERS AND RECORDERS, DVD
PLAYERS AND RECORDERS, TAPE PLAYERS
AND RECORDERS CD PLAYERS AND RECOR-
DERS, VIDEO GAME CONSOLES FOR USE WITH
AN EXTERNAL DISPLAY SCREEN MONITOR;
VIDEO RECORDERS; TELEPHONE APPARATUS,
NAMELY, WIRELESS TELEPHONES AND AN-
SWERING MACHINES; DICTATION MACHINES;
VIDEO PROJECTORS; CAR RADIOS, AERIALS;
SATELLITE DISHES WITH ANTENNAE; REMOTE
CONTROLS FOR TELEVISIONS, COMPUTERS,
RADIOS, CD ROM, DVD, GAME CONSOLES, VI-
DEO RECORDERS, CD ROM PLAYERS AND RE-
CORDERS, DVD PLAYERS AND RECORDERS; HI-
FI SYSTEMS, NAMELY, RADIO-CASSETTE PLAY-
ERS AND RECORDERS, CD ROM PLAYERS AND
RECORDERS, HEADPHONES, CABINETS FOR
LOUDSPEAKERS, REMOTE CONTROLS; RECOR-
DED COMPUTER OPERATING SOFTWARE; ELEC-
TRICAL DEVICES AND DATA PROCESSING
EQUIPMENT, NAMELY, COMPUTER TERMINALS
AND COMPUTER SOFTWARE USED FOR AU-
THENTICATION AND IDENTIFICATION FOR
USER ACCESS TO ELECTRONIC SYSTEMS;
ETHERNET REPEATERS; EXPOSED CINEMATO-
GRAPHIC FILMS; AUDIO AND VIDEO RECORD-
INGS FEATURING GAMES, MUSIC, CONCERTS,
LIVE ENTERTAINMENT, SHOWS, NEWS, CUL-
TURAL EVENTS, SPORTS EVENTS, SEMINARS,
CONFERENCES; BLANK MAGNETIC TAPES, VI-
DEO TAPES, VIDEO CASSETTES, AUDIO AND
VIDEO COMPACT DISCS, OPTICAL DISCS AND
CD ROMS FOR SOUND AND VIDEO RECORDING;
DIGITAL DISC DRIVES; DIGITAL VIDEODISCS
FEATURING GAMES, MUSIC, CONCERTS, LIVE
ENTERTAINMENT, SHOWS, NEWS, CULTURAL
EVENTS, SPORTS EVENTS, SEMINARS, CONFER-
ENCES; ELECTRONIC MEDIA FOR USE WITH

GAME CONSOLES, NAMELY, GAME CARTRID-GES; BLANK MAGNETIC RECORDING MEDIA, NAMELY, BLANK MAGNETIC DISCS, BLANK MAGNETIC TAPES; ELECTRONIC CIRCUIT CARDS; ELECTRONIC MONEY MEDIA, NAMELY, MAGNETIC ENCODED CREDITS CARDS; ELEC-TRONIC CREDIT CARD READING MACHINES; ELECTRONIC COMPONENTS, NAMELY, INTE-GRATED CIRCUIT CHIPS FOR CELL PHONES; SOUND AND VIDEO RECORDED DISCS FEATUR-ING MUSIC, CONCERTS, LIVE ENTERTAINMENT, SHOWS, NEWS, CULTURAL EVENTS, SPORTS EVENTS, SEMINARS, CONFERENCES; COMPUTER MONITORS USED FOR DISPLAYING DATA AND IMAGES RECEIVED FROM THE GLOBAL COMPU-TER NETWORK; CALCULATING MACHINES AND DATA PROCESSING APPARATUS, NAMELY, ADD-ING MACHINES, POCKET CALCULATORS; DATA PROCESSING SOFTWARE; CLOTHING FOR PRO-TECTION AGAINST ACCIDENTS, IRRADIATION AND FIRE; OPTICAL APPARATUS AND INSTRU-MENTS, NAMELY, SPECTACLES, SUNGLASSES, ANTI-GLARE GOGGLES FOR USE IN SPORTS, SPORTS EYEWEAR, SPECTACLE CASES, MONO-CLES, BINOCULARS, MONOCULARS, SPECTACLE FRAMES, MONOCULAR FRAMES, CONTACT LENSES, CONTAINERS FOR CONTACT LENSES; MEMORY CARDS AND ENCODED ELECTRONIC CHIP CARDS FOR COMPUTERS AND PHONES; LCD LARGE SCREEN DISPLAYS FOR USE AS TELEVISION SCREENS; COMPUTER SOFTWARE FOR PERMITTING ACCESS TO A COMPUTER OR DATA TRANSMISSION NETWORK, CONNECTED TO A GLOBAL COMMUNICATIONS NETWORK AND FOR PERMITTING ACCESS TO A PRIVATE OR RESTRICTED ACCESS NETWORK SUCH AS AN INTRANET; NAVIGATION APPARATUS FOR VE-HICLES IN THE NATURE OF ON-BOARD COMPU-TERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: TELECOMMUNICATION ACCESS SERVI-CES; TRANSMISSION OF INFORMATION ON OP-TICAL TELECOMMUNICATIONS NETWORKS; INTERACTIVE INTERNET BROADCASTING SER-VICES RELATING TO PRODUCT PRESENTA-TIONS; MOBILE RADIO-TELEPHONY SERVICES;

NEWS AND INFORMATION AGENCY SERVICES, NAMELY, TRANSMITTING INFORMATION AND NEWS ITEMS TO NEWS REPORTING ORGANIZA-TIONS; SERVICE OF TRANSMISSION OF DATA BY TELECOMMUNICATION MEANS, NAMELY, TRANSMISSION OF TELEGRAMS, COMPUTER-AIDED AUDIO AND VISUAL IMAGE TRANSMIS-SIONS, TRANSMISSION OF INFORMATION BY TELEPRINTER; REMOTE TELEVISION TRANSMIS-SION SERVICES; RADIO OR CABLE TELEVISION BROADCAST SERVICES; BROADCASTING PRO-GRAMS VIA COMPUTER NETWORKS, RADIO, TELEVISION, CABLE TELEVISION, RADIO RELAY AND SATELLITES, NAMELY, BY TELEVISION, PERSONAL COMMUNICATION SERVICES, AND FROM VIDEO RECORDINGS AND SOUND RE-CORDINGS FEATURING MUSIC OR A TELEVI-SION PROGRAM, TRANSMISSION OF VOICE, AUDIO, VISUAL IMAGES AND DATA BY OPEN OR CLOSED TELECOMMUNICATIONS NET-WORKS, WIRELESS COMMUNICATION NET-WORKS, THE INTERNET, INFORMATION SERVICE NETWORKS AND DATA NETWORKS; RENTAL OF TELECOMMUNICATION APPARA-TUS FOR TRANSMITTING MESSAGES AND VI-DEO FILMS; COMMUNICATION BY COMPUTER TERMINALS, BY FIBER-OPTIC COMPUTER NET-WORKS; ONLINE DOWNLOADING SERVICES OF FILMS AND OTHER AUDIOVISUAL PROGRAMS, NAMELY, FASHION SHOWS; COMMUNICATION SERVICES VIA AN OPEN OR CLOSED GLOBAL COMPUTER NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

PRIORITY DATE OF 3-23-2007 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0951058 DATED 8-24-2007, EXPIRES 8-24-2017.

OWNER OF U.S. REG. NO. 2,549,579.

SER. NO. 79-049,059, FILED 8-24-2007.

WILLIAM ROSSMAN, EXAMINING ATTORNEY

Int. Cls.: **18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 39 and 41**

## United States Patent and Trademark Office

Reg. No. **2,749,176**

Registered Aug. 12, 2003

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE, S.A. (FRANCE CORPORATION)
30, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: ATHLETIC BAGS; ATTACHE CASES; BABY CARRIERS WORN ON THE BODY; BACKPACKS; BEACH BAGS; BEACH UMBRELLAS; BILLFOLDS; BOOK BAGS; BRIEFCASE-TYPE PORTFOLIOS; BRIEFCASES; BUSINESS CARD CASES; CARRY-ON BAGS; NON-MOTORIZED COLLAPSIBLE LUGGAGE CARTS; CHANGE PURSES; CLUTCH BAGS; CLUTCH PURSES; COIN PURSES; COSMETIC CASES SOLD EMPTY; CREDIT CARD CASES; DIAPER BAGS; DOCUMENT CASES; DRAWSTRING POUCHES; DUFFEL BAGS; FANNY PACKS; FELT POUCHES; GARMENT BAGS FOR TRAVEL; GOLF UMBRELLAS; GYM BAGS; HANDBAGS; HAT BOXES FOR TRAVEL; KEY CASES; KNAPSACKS; LUGGAGE; OVERNIGHT BAGS; OVERNIGHT CASES; PARASOLS; PASSPORT CASES, HOLDERS AND WALLETS; PATIO UMBRELLAS; POCKETBOOKS; PURSES; SATCHELS; SCHOOL BAGS; SHOE BAGS FOR TRAVEL; LEATHER SHOPPING BAGS; MESH SHOPPING BAGS; TEXTILE SHOPPING BAGS; SHOULDER BAGS; ALL-PURPOSE SPORTS BAGS; SPORTSMAN'S HUNTING BAGS; SUITCASES; TOILETRY CASES SOLD EMPTY; TOTE BAGS; TRAVEL BAGS; TRUNKS FOR TRAVELING; UMBRELLAS; VALISES; VANITY CASES SOLD EMPTY; WAIST PACKS; WALKING CANES FOR NON-MEDICAL PURPOSES; WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN; NAMELY, ANORAKS; APRONS; ASCOTS; BABUSHKAS; BANDANNAS; BATHING SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES; BLOUSONS; BODYSUITS; BOLEROS; BOOTS; BOXER SHORTS; BRASSIERES; BRIEFS; BABY BUNTINGS; CAFTANS; CAMISOLES; CAPES; CAPS; CARDIGANS; CHEMISES; CLOGS; CLOTH DIAPERS; FUR COATS; SUIT COATS; TOP COATS; CORSELETS; CULOTTES; DRESSES; EARMUFFS; GALOSHES; GARTER BELTS; GIRDLES; GLOVES; NIGHTGOWNS; HALTER TOPS; HATS; HEADBANDS; HOSIERY; JACKETS; JEANS; JOGGING SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMONOS; LEGGINGS; LEOTARDS; LOUNGEWEAR; MITTENS; MOCCASINS; MUFFLERS; NECKERCHIEFS; NECKTIES; NECKWEAR; NEGLIGEES; NIGHTSHIRTS; OVERALLS; OVERCOATS; OVERSHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PEDAL PUSHERS; PEIGNOIRS; PINAFORES; PLAYSUITS; POCKET SQUARES; PONCHOS; PULLOVERS; RAINCOATS; SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS; UNDERSHIRTS; SHOES; SWEAT SHORTS; SKIRTS; SKI SUITS; SLACKS; SNOWSUITS; SOCKS; SPORT COATS; SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUSPENDERS; SWEAT PANTS; SWEATSHIRTS; SWEATERS; T-SHIRTS; TROUSERS; TUXEDOS; UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF FRANCE REG. NO. 1,346,410, DATED 3-13-1986, EXPIRES 3-13-2006.

OWNER OF U.S. REG. NOS. 1,781,433, 2,215,665 AND OTHERS.

SER. NO. 76-026,661, FILED 4-14-2000.

ANNE ENDIEVERI, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# DIOR SO REAL

**Reg. No. 5,173,476**

**Registered Apr. 04, 2017**

**Int. Cl.: 9, 14, 18**

**Trademark**

**Principal Register**

CHRISTIAN DIOR COUTURE (FRANCE Société anonyme )
30 avenue Montaigne
F-75008 PARIS
FRANCE

CLASS 9: Eyeglasses, sunglasses, goggles for sports; spectacle frames, spectacle cases; containers for contact lenses; protective cases, bags, satchels and covers for computers, tablets, mobile telephones and MP3 players

CLASS 14: Jewelry; precious stones; precious metals and their alloys, jewelry bracelets, jewelry brooches, jewelry necklaces, jewelry chains, medals, pendants, earrings, rings, charms, tie pins; cuff links; key rings of precious metals; jewelry cases; boxes of precious metal; boxes, cases and presentation cases for timepieces and jewelry; timepieces, chronometric instruments, watches, watch bands

CLASS 18: Leather and imitation leather; animal skins and furs; trunks and suitcases; wallets; coin purses; credit card holders; briefcases of leather or imitation leather; key cases of leather or imitation leather; garment bags for travel; all-purpose carrying bags, backpacks, handbags, traveling bags; vanity cases sold empty; clutch bags of leather; toiletry and make-up bags sold empty; boxes of leather; umbrellas

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-27-2015 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1273255 DATED 07-29-2015, EXPIRES 07-29-2025

SER. NO. 79-176,157, FILED 07-29-2015
ALICE MEDINA BENMAMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# J'ADIOR

**Reg. No. 5,505,434**

**Registered Jul. 03, 2018**

**Int. Cl.: 9, 14, 18, 25**

**Trademark**

**Principal Register**

CHRISTIAN DIOR COUTURE  (FRANCE SOCIÉTÉ ANONYME (SA))
30 Avenue Montaigne
F-75008 Paris
FRANCE

CLASS 9: Eyeglasses, sunglasses, goggles for sports; spectacle frames, spectacle cases; protective cases, bags, satchels and covers for computers, tablets, mobile telephones and MP3 players; cases for telephones, protective cases for telephones

CLASS 14: Jewelry, jewelry articles; precious and semi-precious stones; pearls; precious metals and their alloys; items of jewelry, namely, bracelets, brooches, necklaces, chains, medals, pendants, earrings, rings, and charms; tie pins; cuff links; key rings; jewelry cases; boxes of precious metals; presentation boxes and cases for jewelry and timepieces; timepieces; chronometric instruments; watches; watch bands; watch dials; chronographs

CLASS 18: Leather and imitation leather; animal skins and fur pelts; trunks and suitcases; wallets; coin purses; credit card holders; briefcases of leather or imitation leather; attaché cases and document cases of leather and imitation leather; protective covers for clothing, namely, garment bags for travel; key cases of leather or imitation leather; all-purpose carrier bags; backpacks; handbags; traveling bags; vanity cases sold empty; clutch bags of leather; traveling sets being luggage of leather; toiletry and make-up bags sold empty; leather boxes not being jewelry boxes; umbrellas; shoulder belts of leather

CLASS 25: Clothing, namely, layettes, bibs not of paper, bath robes, bathing suits, shorts, belts, suspenders, blouses, cardigans, trousers, overalls, combinations, shirts, t-shirts, skirts, polo shirts, pullovers, vests, dresses, coats, tailleurs, parkas, overcoats, blousons, jackets, underwear, furs being clothing, wedding dresses, gloves, mittens, scarves, stoles, sashes for wear, shawls, neckties, collars, caps, hats, visors, hosiery, men's suits, ponchos, raincoats, socks, tights, leggings, pajamas, tracksuits, cuffs, and bedroom slippers; footwear; beach, ski, and sports footwear; boots; ankle boots; sandals; pumps being footwear; esparto shoes and sandals; headbands; headwear; headgear being knitted caps; clothing for sports, namely, shorts and shirts; clothing for children, namely, hats, shorts, dresses, and shoes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-22-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1360032 DATED 02-23-2017, EXPIRES 02-23-2027

The wording "J'ADIOR" has no meaning in a foreign language.

SER. NO. 79-214,192, FILED 02-23-2017



Director of the United States
Patent and Trademark Office

Int. Cls.: 9, 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41 and 50

Reg. No. 2,790,589

## United States Patent and Trademark Office

Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE, S.A. (FRANCE CORPORATION)
30 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: OPTICAL APPARATUS AND INSTRU-MENTS, NAMELY, SPECTACLES, SUNGLASSES, ANTI-GLARE SPECTACLES, SPORT SPECTACLES, SPECTACLE GLASSES, SPECTACLE CASES, MONOCLES, BINOCULARS, LORGNETTES, SPEC-TACLE FRAMES, LORGNETTE FRAMES; CON-TACT LENSES, CONTACT LENS CASES, SPECTACLE CLEANING CLOTHS; SPECIALTY HOLDERS FOR CARRYING PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS IN GENERAL AND THEIR ALLOYS SOLD IN BULK; PRECIOUS ME-TALS AND THEIR ALLOYS SOLD AT RETAIL; JEWELRY, PRECIOUS GEMSTONES, CHARMS, MEDALS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, CLOCKS AND WRIST WATCHES, CASES FOR WATCHES, CLOCKS AND WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRODUCTS IN LEATHER AND IMITATION LEATHER, NAMELY– LEATHER KEY CHAINS, SATCHELS, HANDBAGS, RUCKSACKS, TRUNKS AND LUGGAGE, MONEYBAGS, TRAVELING BAGS AND LUGGAGE, DRAWSTRING POUCHES, ATTACHE CASES, SMALL MAKEUP CASES SOLD

EMPTY, SMALL CASES FOR DOCUMENTS, TRA-VELING CASES, TOILET AND MAKEUP CASES SOLD EMPTY, PURSES, WALLETS, BRIEF CASES, DOCUMENT CASES, BUSINESS CARD CASES, STRAPS FOR LUGGAGE AND HANDBAGS, WALK-ING STICKS, WHIPS AND SADDLERY; UMBREL-LAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN, NAMELY, ANORAKS; APRONS; ASCOTS; BABUSHKAS; BANDANAS; BATHING SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES; BLOUSONS; BODYSUITS BOLEROS; BOOTS; BOX-ER SHORTS; BRASSIERES; BRIEFS; BABY BUNT-INGS; CAFTANS; CAMISOLES; CAPES; CAPS; CARDIGANS; CHEMISES; CLOGS; CLOTH DIA-PERS; FUR COATS; SUIT COATS; TOP COATS; CORSELETS; CULOTTES; DRESSES; EARMUFFS; GALOSHES; GARTER BELTS; GIRDLES; GLOVES; NIGHTGOWNS; HALTER TOPS; HATS; HEAD-BANDS; HOSIERY; JACKETS; JEANS; JOGGING SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMO-NOS; LEGGINGS; LEOTARDS; NECKTIES; NECK-WEAR; NEGLGEES; NIGHTSHIRTS; OVERALLS; OVERCOATS; OVERSHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PED-AL PUSHERS; PEIGNOIRS; PINAFORES; PLAY-SUITS; POCKET SQUARES; PONCHOS; PULLOVERS; RAINCOATS; SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS; UNDERSHIRTS; SHOES; SWEAT SHORTS; SKIRTS; SKI SUITS;

SLACKS; SNOWSUITS; SOCKS; SPORT COATS; SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUSPENDERS; SWEAT PANTS; SWEATSHIRTS; SWEATERS; T-SHIRTS; TROUSERS; TUXEDOS; UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF FRANCE REG. NO. 023149400, DATED 2-21-2002, EXPIRES 2-21-2012.

THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

SER. NO. 76-437,088, FILED 8-2-2002.

JASON TURNER, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41 and 50

Reg. No. 2,790,589

## United States Patent and Trademark Office

Registered Dec. 9, 2003

# TRADEMARK
## PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE, S.A. (FRANCE CORPORATION)
30 AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, SPECTACLES, SUNGLASSES, ANTI-GLARE SPECTACLES, SPORT SPECTACLES, SPECTACLE GLASSES, SPECTACLE CASES, MONOCLES, BINOCULARS, LORGNETTES, SPECTACLE FRAMES, LORGNETTE FRAMES; CONTACT LENSES, CONTACT LENS CASES, SPECTACLE CLEANING CLOTHS; SPECIALTY HOLDERS FOR CARRYING PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS IN GENERAL AND THEIR ALLOYS SOLD IN BULK; PRECIOUS METALS AND THEIR ALLOYS SOLD AT RETAIL; JEWELRY, PRECIOUS GEMSTONES, CHARMS, MEDALS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, CLOCKS AND WRIST WATCHES, CASES FOR WATCHES, CLOCKS AND WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRODUCTS IN LEATHER AND IMITATION LEATHER, NAMELY- LEATHER KEY CHAINS, SATCHELS, HANDBAGS, RUCKSACKS, TRUNKS AND LUGGAGE, MONEYBAGS, TRAVELING BAGS AND LUGGAGE, DRAWSTRING POUCHES, ATTACHE CASES, SMALL MAKEUP CASES SOLD EMPTY, SMALL CASES FOR DOCUMENTS, TRAVELING CASES, TOILET AND MAKEUP CASES SOLD EMPTY, PURSES, WALLETS, BRIEF CASES, DOCUMENT CASES, BUSINESS CARD CASES, STRAPS FOR LUGGAGE AND HANDBAGS, WALKING STICKS, WHIPS AND SADDLERY; UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN AND CHILDREN, NAMELY, ANORAKS; APRONS; ASCOTS; BABUSHKAS; BANDANAS; BATHING SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES; BLOUSONS; BODYSUITS BOLEROS; BOOTS; BOXER SHORTS; BRASSIERES; BRIEFS; BABY BUNTINGS; CAFTANS; CAMISOLES; CAPES; CAPS; CARDIGANS; CHEMISES; CLOGS; CLOTH DIAPERS; FUR COATS; SUIT COATS; TOP COATS; CORSELETS; CULOTTES; DRESSES; EARMUFFS; GALOSHES; GARTER BELTS; GIRDLES; GLOVES; NIGHTGOWNS; HALTER TOPS; HATS; HEADBANDS; HOSIERY; JACKETS; JEANS; JOGGING SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMONOS; LEGGINGS; LEOTARDS; NECKTIES; NECKWEAR; NEGLGEES; NIGHTSHIRTS; OVERALLS; OVERCOATS; OVERSHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS; PANTYHOSE; PARKAS; PEDAL PUSHERS; PEIGNOIRS; PINAFORES; PLAYSUITS; POCKET SQUARES; PONCHOS; PULLOVERS; RAINCOATS; SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS; UNDERSHIRTS; SHOES; SWEAT SHORTS; SKIRTS; SKI SUITS;

SLACKS; SNOWSUITS; SOCKS; SPORT COATS; SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUSPENDERS; SWEAT PANTS; SWEATSHIRTS; SWEATERS; T-SHIRTS; TROUSERS; TUXEDOS; UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF FRANCE REG. NO. 023149400, DATED 2-21-2002, EXPIRES 2-21-2012.

THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

SER. NO. 76-437,088, FILED 8-2-2002.

JASON TURNER, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 18, 25 and 26

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 37, 38, 39, 40, 41, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 3,002,132
Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CHRISTIAN DIOR COUTURE (FRANCE SOCI-
ÉTÉ ANONYME)
30, AVENUE MONTAIGNE
F-75008 PARIS
FRANCE

FOR: OPTICAL APPARATUS AND INSTRU-
MENTS, NAMELY, SPECTACLES, SUNGLASSES,
ANTI-GLARE GOGGLES FOR USE IN SPORTS,
SPORTS EYEWEAR, SPECTACLE GLASSES, SPEC-
TACLE CASES, MONOCLES, BINOCULARS,
MONOCULARS, SPECTACLE FRAMES, MONOCU-
LAR FRAMES, CONTACT LENSES, CONTAINERS
FOR CONTACT LENSES; CASES FOR TELE-
PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS AND ALLOYS THERE-
OF OTHER THAN FOR DENTAL USE; JEWELRY;
JEWELRY CHAINS; CHARMS, MEDALS; PRE-
CIOUS STONES; TIMEPIECES, CHRONOMETRIC
INSTRUMENTS, CASES FOR CLOCK AND
WATCH-MAKING, WATCHSTRAPS; FANCY
KEYRINGS OF PRECIOUS METAL; CIGAR AND
CIGARETTE CASES OF PRECIOUS METAL;
MATCH HOLDERS OF PRECIOUS METALS; PINS
BEING JEWELRY; HAT ORNAMENTS OF PRE-
CIOUS METAL, SHOE ORNAMENTS OF PRECIOUS
METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATIONS THEREOF
SOLD IN BULK; SCHOOL BAGS, HANDBAGS,
RUCKSACKS, TRUNKS AND SUITCASES, LEA-
THER SATCHELS, TRAVEL BAGS AND LUGGAGE,
BUSINESS CASES, UNFITTED VANITY CASES
SOLD EMPTY, ATTACHE CASES, LEATHER TRA-
VELING BAG SETS, LEATHER BRIEFCASES, LEA-

THER KEY CASES, UNFITTED TOILETRY AND
MAKE-UP BAGS SOLD EMPTY, WALLETS, PURSES
NOT OF PRECIOUS METAL, BRIEFCASES, BUSI-
NESS CARD CASES; UMBRELLAS, PARASOLS
AND WALKING STICKS, WHIPS AND SADDLERY,
IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR USE BY MEN, WOMEN
AND CHILDREN, NAMELY– ANORAKS; APRONS;
ASCOTS; BABUSHKAS; BANDANAS; BATHING
SUITS; BATHROBES; BELTS; BLAZERS; BLOUSES;
BLOUSONS; BODYSUITS; BOLEROS; BOOTS; BOX-
ER SHORTS; BRASSIERES; BRIEFS; BABY BUNT-
INGS; CAFTANS; CAMISOLES; CAPES; CAPS;
CARDIGANS; CHEMISES; CLOGS; CLOTH DIA-
PERS; FUR COATS; SUIT COATS; TOP COATS;
CORSELETS; CULOTTES; DRESSES; EARMUFFS;
GALOSHES; GARTER BELTS; GIRDLES; GLOVES;
NIGHTGOWNS; HALTER TOPS; HATS; HEAD-
BANDS; HOSIERY; JACKETS; JEANS; JOGGING
SUITS; JUMPERS; JUMPSUITS; KERCHIEFS; KIMO-
NOS; LEGGINGS; LEOTARDS; LOUNGEWEAR;
MITTENS; MOCCASINS; MUFFLERS; NECKERCH-
IEFS; NECKTIES; NECKWEAR; NEGLIGEES;
NIGHTSHIRTS; OVERALLS; OVERCOATS; OVER-
SHOES; PAJAMAS; PANTIES; PANTS; PANTSUITS;
PANTYHOSE; PARKAS; PEDAL PUSHERS;
PEIGNOIRS; PINAFORES; PLAYSUITS; POCKET
SQUARES; PONCHOS; PULLOVERS; RAINCOATS;
SANDALS; SCARVES; SHAWLS; SHIRTS; SHORTS;
NIGHTSHIRTS; UNDERSHIRTS; SHOES; GYM
SHORTS; SWEAT SHORTS; SKIRTS; SKI SUITS;
SLACKS; SNOWSUITS; SOCKS; SPORT COATS;
SPORT SHIRTS; STOCKINGS; STOLES; SUITS; SUS-
PENDERS; SWEAT PANTS; SWEAT SHIRTS; SWEA-
TERS; T-SHIRTS; TROUSERS; TUXEDOS;

UNDERPANTS; VESTS; VESTED SUITS; AND WARM-UP SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE AND EMBROIDERY, RIBBONS AND BRAID; ORNAMENTAL NOVELTY BADGES; BUTTONS FOR CLOTHING, SNAP FASTENERS, HABERDASHERY, NAMELY, HOOKS AND EYELETS; BODKINS, BELT CLASPS; HAT ORNAMENTS NOT OF PRECIOUS METAL, SHOE ORNAMENTS NOT OF PRECIOUS METAL, SAFETY PINS AND SHOEMAKERS' NEEDLES, SEWING NEEDLES; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

PRIORITY DATE OF 9-5-2003 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0828989 DATED 2-13-2004, EXPIRES 2-13-2014.

OWNER OF U.S. REG. NOS. 519,367, 2,749,176 AND OTHERS.

SER. NO. 79-003,878, FILED 2-13-2004.

SCOTT BALDWIN, EXAMINING ATTORNEY